United States District Court
Southern District of Texas
**ENTERED**
April 22, 2021
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| INES ISELA CARBAJAL, ET AL., Plaintiffs. | § § § | |
| v. | § § | Civil Action No. 1:19-cv-00182 |
| NORMA LIMON, ET AL., Defendants. | § § § § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court are the following pleadings: Ines Isela Carbajal and Juan Manuel Garcia's ("Plaintiffs") "Second Amended Complaint for Declaratory and Injunctive Relief" ("Live Complaint") (Dkt. No. 16), Defendants' "Motion to Dismiss" ("MTD") (Dkt. No. 17), Plaintiffs' "Opposition to Defendants' Motion to Dismiss" (Dkt. No. 20), Defendants' "Reply to Plaintiffs' Opposition to Defendants' Motion to Dismiss" (Dkt. No. 24), Plaintiffs' "Surreply to Defendants' Motion to Dismiss" (Dkt. No. 27), Defendants' "Notice of Supplemental Authority" (Dkt. No. 31), and the "Magistrate Judge's Report and Recommendation" ("R&R") (Dkt. No. 32).

The R&R recommends this Court (1) grant Defendants' MTD (Dkt. No. 17) in part, (2) dismiss Plaintiffs' Live Complaint (Dkt. No. 16) for lack of jurisdiction, and (3) direct the Clerk of Court to close the case. Objections were due April 20, 2021. No objections were filed by either party. When no objections are filed to a magistrate judge's ruling, the district court applies the "clearly erroneous, abuse of discretion and contrary to law" standard of review. *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Finding no clear error, abuse of discretion, or finding contrary to law, the R&R is **ADOPTED**.

Thus, Defendants' MTD (Dkt. No. 17) is **GRANTED**. Plaintiffs' Live Complaint (Dkt. No. 16) is **DISMISSED** for lack of jurisdiction. The District Court Clerk is **ORDERED** to close the case.

Signed on this 22nd day of April, 2021.

Rolando Olvera
United States District Judge